Stacy L. Fode, Esq. (SBN 199883)
sfode@nfclegal.com
Ali Hmoud, Esq. (SBN 352254)
ahmoud@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
1230 Columbia St., Suite 860
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

*Attorneys for Defendant*
SOURCENOW, LLC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MYRON REAMER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LEGGETT & PLAT, INCORPORATED, a Missouri corporation; SOURCENOW, LLC, a Delaware limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.<br><br>**DEFENDANT SOURCENOW, LLC'S NOTICE OF INTERESTED PARTIES AND DISCLOSURE STATEMENT (PER L.R. 7.1-1)**<br><br>State Action Filed: February 18, 2025 |

Pursuant to Rule 7.1-1 of the Civil Local Rules of Practice for the United States District Court for the Central District of California, and Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant SourceNow, LLC, ("Defendant"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case:

- Plaintiff, Myron Reamer
- Defendant, SourceNow, LLC

Additionally, pursuant to Federal Rule of Civil Procedure 7.1, Defendant SourceNow, LLC hereby states that it does not have a parent corporation. No publicly held company owns 10 percent or more of SourceNow, LLC stock.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: April 23, 2025                    **NUKK-FREEMAN & CERRA, P.C**

By:_____

Stacy L. Fode, Esq.
Attorneys for Defendant
SourceNow, LLC

---